**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YOLANDA JUAREZ,<br><br>             Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration,<br><br>             Defendant. | NO. EDCV 12-0084-CW<br><br><br>JUDGMENT |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed.

DATED: December 12, 2012

_Carla M. Woehrle_
CARLA M. WOEHRLE
United States Magistrate Judge